Eugene P. Ramirez, Esq. (State Bar No. 134865)
L. Trevor Grimm (State Bar No. 186801)
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
epr@manningllp.com
ltg@manningllp.com

JS - 6

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, JOANA CAVAZOS; and DET. KENNETH OWENS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAUDELIO MUNOZ, ELIM MUNOZ,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, JOANA CAVAZOS; DET. KENNETH OWENS, DOES 1 through 10,<br><br>Defendants. | Case No.: CV12-01542-GAF(DTBx)<br>[*Hon. Gary A. Feess, District Judge;*<br>*Hon. David T. Bristow, Magistrate Judge*]<br><br>**ORDER DISMISSING CASE** |

IT HEREBY IS ORDERED that this matter be dismissed with prejudice, pursuant to Fed. R.Civ. P. 41(a)(1)(A)(ii).

Dated: July 30, 2014

_____
Hon. Gary A. Feess
United States District Judge

**JS-6**